UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE HERSEY, et al., | No.  2:24-cv-01736-DC-SCR |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff Bonnie Hersey ("Plaintiff") is proceeding pro se in this matter, after her counsel was granted leave to withdraw.  ECF No. 41.  Plaintiff filed two motions, which are referred to the undersigned.  ECF No. 44.  The Court will deny the motion to proceed in forma pauperis ("IFP") as unnecessary, and will grant in part, and deny in part, the motion for electronic filing.

**I.      Motion for IFP**

In the order allowing her counsel to withdraw, Plaintiff was directed to file within 30 days either: "(i) a notice of appearance by new counsel obtained to represent her in this action, or (ii) a notice informing the court that she will continue prosecuting this action *pro se*."  ECF No. 41 at 5. Plaintiff instead filed a motion to proceed IFP (ECF No. 42) and a motion for "pro se electronic filing" (ECF No. 43).  The motion for IFP is unnecessary.  The filing fee was paid when the Notice of Removal was filed.  ECF No. 1.  Accordingly, the motion is denied.

////

1

**II.    Motion to E-File**

Plaintiff proceeds pro se and has filed a motion for permission to file documents electronically through the Court's CM/ECF system.  ECF No. 43.  Plaintiff's motion states that she requests permission to file documents electronically and also to receive service of documents electronically.  *Id.* at 1-2.  Plaintiff states this will allow her to make "timely" filings and "avoid delays".  *Id.*

The Court's local rules provide that "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge[.]"  Local Rule 133(b)(2).  This Court's Local Rule recognizes, as do similar local rules in other Districts, the difficulties that can ensue for both pro se litigants and Court staff when pro se litigants attempt to use e-filing.  *See*, *e.g.*, *Baker v. IC Sys., Inc.*, No. CV-08-8091-PCT-DGC, 2008 WL 4186166, at 1 (D. Ariz. Sept. 9, 2008) (denying motion to e-file and stating the "Court's policy is to require pro se litigants to submit documents in paper form so that the Clerk's Office can insure that the documents are properly filed").  Plaintiff's request for electronic case filing does not present good cause for deviance from the Local Rule and allowance of e-filing.  The request to participate in electronic case filing is DENIED.  However, the Court will grant Plaintiff's request to receive email notifications at the email address included on her request.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 42) is DENIED as unnecessary.

2. Plaintiff's motion to participate in e-filing (ECF No. 43) is DENIED in part, and GRANTED in part.  Plaintiff is not allowed to electronically file, but may receive e-mail service of documents.  The Clerk is directed to configure CM/ECF so that Plaintiff receives immediate email notifications of Court filings at timothyroywilliamnoble@yahoo.com

SO ORDERED.

DATED: April 30, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2