Jorge Ledezma, Esq. (SBN: 283775)
Simah Aljabari, Esq. (SBN: 360970)
**LEDEZMA LAW, APLC**
1851 E. First Street, Suite 610
Santa Ana, CA 92705-4061
Tel: (657) 210-2050
Fax: (657) 234-2661
E: service@ledezmalaw.com

Attorney for Plaintiffs KEYONA ANDERSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE HERSEY; KEYONA ANDERSON NOBLE; AND THE ESTATE OF TIMOTHY ROY WILLIAM NOBLE, | Case No.: 2:24-CV-01736-DC-SCR |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY JAIL; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES; CARL HANK; SONIA SANGA; LYNN BILETT; SHEILA VIBAR; VEER BABU; AND DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: 4/5/23 FAC Filed: 7/18/24 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by and between the Plaintiffs, KEYONA ANDERSON, THE ESTATE OF TIMOTHY NOBLE, Pro Se Plaintiff BONNIE HERSEY, and Defendants, COUNTY OF SACRAMENTO; SACRAMENTO COUNTY JAIL; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO COUNTY and DEPARTMENT OF HEALTH SERVICES; CARL HANK; LYNN BILETT; SHEILA VIBAR, and Defendant, SONIA SANGA, (collectively, the "parties") through their attorneys of record as follows:

///

///

-1-
JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE
OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS

**STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR LIMITED PURPOSE**

1. The fact discovery cut off is currently May 20, 2026. The parties agree to a limited continuance of fact discovery cutoff of forty days to June 29, 2026, to accommodate scheduling of depositions previously noticed by counsel for Plaintiff Keyona Anderson. No trial date is set, and all other case management deadlines will be in accordance with the Court's operative Scheduling Order (ECF 16; 39)

2. This is the parties third request for extension of case management deadlines.

3. On March 26, 2026, counsel for Plaintiff Keyona Anderson noticed 5 depositions for County of Sacramento Person Most Knowledgeable for the following topics:

a. Implementation and Enforcement of Policy and Procedure Number 05-18, Title: Chronic Disease Management, effective on 05-13-21;

b. Implementation and Enforcement of Policy and Procedure Number 05-13, Title: Initial History & Physical Assessment, effective on 04-09-2021;

c. Implementation and Enforcement of Policy and Procedure Number 05-15, Title: Opioid Withdrawal Treatment, effective on 04-21-2021.

d. Implementation and Enforcement of Policy and Procedure Number 05-09, Title: Health Service Requests, effective on 09-04-20;

e. Implementation and Enforcement of Policy and Procedure Number 05-16, Title: Medical Sick Call, effective on 09-30-2021;

f. Implementation and Enforcement of Policy and Procedure Number 05-05, Title: Nurse Intake, effective on 09-30-2021;

h. Implementation and Enforcement of County of Sacramento Sheriff's Department Housing Plan Operations Order;

i. Implementation and Enforcement of County of Sacramento Sheriff's Department Classification Process Operations Order;

j. Implementation and Enforcement of County of Sacramento Sheriff's Department Healthcare Treatment Access Operations Order;

h. Implementation and Enforcement of County of Sacramento Sheriff's Department Housing Unit Checks Operations Order;

-2-

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS

LEDEZMA LAW, APLC

i.      Implementation and Enforcement of County of Sacramento Sheriff's Department Medical Emergencies Operations Order;

k.      Implementation and Enforcement of County of Sacramento Sheriff's Department Medical Intake Screening Operations Order;

4.      The PMK depositions were scheduled for May 14 and 15, 2026.

5.      The witness testifying regarding topics (a-c) appeared remotely for deposition as noticed. During the deposition, a disagreement as to the scope of the noticed deposition became apparent. The parties agreed to suspend the current deposition, and the remaining PMK depositions to meet and confer regarding the scope and to provide additional time for witness preparation, if appropriate.

6.      Good cause exists for the requested extension. The parties continue to meet and confer regarding the scope of the noticed depositions and hope to resolve the disagreement without involving the court. A limited extension—to give the parties time to meet and confer, schedule, and conduct the depositions should the parties reach an agreement regarding the scope—is in the interest of all parties and the Court. During the brief continuance, no additional depositions will be noticed, and no new discovery will be propounded.

7.      Therefore, good cause exists to extend the fact discovery deadline to June 29, 2026, pursuant to the Court's Initial Pretrial Scheduling Order.

DATED:  May 20, 2026                      **LEDEZMA LAW, APLC**

By: _____/s/ Jorge Ledezma_____
      Jorge Ledezma
      Attorney for Plaintiffs
      KEYONA ANDERSON

LEDEZMA LAW, APLC

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS

DATED: May 20, 2026

**PORTER SCOTT, APC**

By: _____/s/ Colin Nystrom_____
Carl L. Fessenden, Esq.
Colin J. Nystrom, Esq.
Attorneys for Defendants, COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY JAIL; SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO
COUNTY and DEPARTMENT OF HEALTH SERVICES;
CARL HANK; LYNN BILETT; SHEILA VIBAR

DATED: May 20, 2026

**BEACH LAW GROUP, LLP**

By: _____/s/ Mindee Stekkinger___
Mindee Stekkinger, Esq.
Thomas E. Beach, Esq.
Sueanne D. Chadbourne, Esq.
Molly M. Loy, Esq.
Attorneys for Defendant, SONIA SANGA

DATED:

By: _____
Bonnie Martinez
In Pro Per

LEDEZMA LAW, APLC

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE
OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the parties and enters the following Order pursuant to its terms:

1. The May 20, 2026, Discovery Cutoff is now RESET to June 29, 2026, for the limited purpose of rescheduling the previously designated PMK Depositions on behalf of the County of Sacramento so that they may be conducted and completed.

DATED: May 20, 2026

_____

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

LEDEZMA LAW, APLC

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE
OF CONDUCTING THE PREVIOUSLY NOTICED PMK DEPOSITIONS