BEACH LAW GROUP, LLP
300 E. ESPLANADE DRIVE, SUITE 700
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - State Bar No. 096321
Molly M. Loy - State Bar No. 274703
Mindee J. Stekkinger – State Bar No. 146698
David A. Christensen – State Bar No. 230114
mail@beachlawgroup.com
Attorneys for Defendant,
SONIA SANGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

BONNIE HERSEY; KEYONA ANDERSON NOBLE; AND THE ESTATE OF TIMOTHY ROY WILLIAM NOBLE,

Plaintiffs,

v.

COUNTY OF SACRAMENTO; SACRAMENTO COUNTY JAIL; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES; CARL HANK; SONIA SANGA; LYNN BILE TT; SHEILA VIBAR; VEER BABU; AND DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-01736-DC-SCR

Assigned to Chief District Judge Dena Coggins
Courtroom 10
(Magistrate Judge Sean C. Riordan)

**[~~PROPOSED~~] ORDER ON AMENDED MOTION TO COMPEL INITIAL RESPONSES FROM PLAINTIFF BONNIE HERSEY TO DEFENDANT DR. SONIA SANGA'S FIRST SET OF SPECIAL INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Date: July 16, 2026
Time: 11:00 a.m.
Courtroom: 27 (8th Floor)
(*Before Hon. Magistrate Judge Sean C. Riordan*)

Defendant Dr. Sonia Sanga’s Motion to Compel Plaintiff Bonnie Hersey to serve verified responses, without objections, to Defendant’s First Set of Special Interrogatories and written responses, without objections, to Defendant’s First Requests for Production (“RFP”) of Documents, was heard on July 16, 2026. Following a review of all moving papers and the consideration of oral arguments

BEACH LAW GROUP, LLP
300 E. ESPLANADE DRIVE, SUITE 700
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

BEACH LAW GROUP, LLP
300 E. Esplanade Drive, Suite 700
Oxnard, California 93036
Telephone: (805) 388-3100
Facsimile: (805) 388-3414

presented by counsel at the hearing, the Court makes the following ruling:[1]

Defendant Dr. Sonia Sanga's Motion to Compel Plaintiff Bonnie Hersey to serve verified responses to Defendant's First Set of Special Interrogatories and written responses to Defendant's First Requests for Production of Documents, is GRANTED.

Plaintiff Hersey shall serve those responses within 21 days of the date of this Order.

Absent a showing of good cause, Plaintiff Hersey's failure to serve timely responses precludes her from now objecting to the interrogatories or RFPs. *See* Fed. R. Civ. P. 33(b)(4) ("The grounds for objecting to an interrogatory must be stated with specificity. Any ground not stated in a timely objection is waived unless the court, for good cause, excuses the failure."); *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1473 (9th Cir. 1992). Given that Defendant served the discovery at a time when Plaintiff Hersey's counsel was withdrawing, and that Plaintiff persisted in raising certain concerns about the discovery through informal channels in the ensuring months, the Court finds good cause to excuse her failure to formally object. Should Plaintiff have objections to the interrogatories or RFPs, she shall serve them at the same time as her responses. Plaintiff is cautioned to ensure that any objection she may assert must have a good faith basis in law.

SO ORDERED.

DATED: July 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has modified the Proposed Order submitted by Defendant.